AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| GREAT NORTHERN INSURANCE COMPANY, a subsidiary of CHUBB GROUP OF INSURANCE COMPANIES<br><br>*Plaintiff(s)*<br>v.<br>DAVID COHEN<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No.<br>)<br>)<br>)<br>)<br>)<br>) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  David Cohen
139-05 85th Street,
Briarwood, Queens, New York 11435

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Tamar S. Wise,
Cozen O'Connor
277 Park Avenue, New York, NY 10172
(212) 883-4924
twise@cozen.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                    _____
*Signature of Clerk or Deputy Clerk*

# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT / SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------------- Civil Action No. 1:19-cv-08700

**GREAT NORTHERN INSURANCE COMPANY, A SUBSIDIARY OF CHUBB GROUP OF INSURANCE COMPANIES.**
Plaintiffs,

-vs-

**DAVID COHEN**

Defendant.

---

**State Of New York, County of New York SS:**
**JOLANTYNA CAGNEY**
Being duly sworn, deposes and says that she is over eighteen years of age, is not a party to this action, and resides in the State of New York.

That on the **14th** day of **OCTOBER 2019** at: **9:22 AM**

At: **16716 73rd AVENUE, FRESH MEADOWS, NY 11366**

Deponent served the: **SUMMONS AND COMPLAINT, CIVIL COVER SHEET, RULE 7.1 STATEMENT, INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE STEWART D. AARON, INDIVIDUAL RULES AND PRACTICES OF HON. JESSE M. FURMAN**

Upon:   **DAVID COHEN**

**PERSONAL SERVICE ON AN INDIVIDUAL**
An individual, by delivering thereat a true copy of the above-mentioned **DAVID COHEN** personally. Deponent asked the person served if he was **DAVID COHEN** and he replied in the affirmative. Upon this information and belief, deponent knew the person so served was in fact **DAVID COHEN**.

Deponent asked **DAVID COHEN** if he was presently in the military service of the United States Government or on active duty in the military service in the State of New York and the defendant confirmed that he was not. Deponent asked if the defendant was presently being supported by someone presently in the military service of the United States Government or on active duty in the military service in the State of New York and the defendant confirmed that he was not.

**DESCRIPTION** – The deponent describes the individual served as follows:
Sex: **MALE** Color: **WHITE** Hair: **BLACK** App. Age: **48** App. Ht. **5'10"** App. Wt. **185 lbs.**
Other identifying features: **FACIAL HAIR, GLASSES, YARMULKE**

Subscribed and sworn to before
me this **14TH** day of **OCTOBER 2019**

*[Signature: Nicole Healy]*

NICOLE VIVIAN HEALY
Notary Public – State of New York
NO. 01HE6278717
Qualified in Queens County
My Commission Expires Jul 3, 2021

*[Signature: Jolantyna Cagney]*

**JOLANTYNA CAGNEY #206-9396**
CLASSIC LEGAL SUPPORT # 2022186-DCA
475 PARK AVE SOUTH, 23rd FLOOR
NEW YORK, NEW YORK 10016