Furman, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

GREAT NORTHERN INSURANCE
COMPANY, a subsidiary of CHUBB GROUP
OF INSURANCE COMPANIES,

           Plaintiff,

- against -

DAVID COHEN,

           Defendant.
------------------------------------------------------------x

Case No. 1:19-cv-08700 (JMF)

**DEFAULT JUDGMENT**

This action having been commenced on September 19, 2019, by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on the Defendant, David Cohen, on October 14, 2019, and a proof of service having been filed on October 16, 2019, and the Defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is

ORDERED, ADJUDGED AND DECREED: That the Plaintiff have judgment against Defendant that Plaintiff is the rightful owner of the Subject Diamond, superior to and in derogation of any rights of ownership claimed by Defendant.

*The Clerk of Court is directed to close the case.*

Dated: New York, New York
      January 2, 2020

                              Hon. Jesse M. Furman, U.S.D.J.